UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY MILLER,<br><br>  Plaintiff,<br><br>  vs.<br><br>HARTFORD FIRE INSURANCE COMPANY; HARTFORD FIRE INSURANCE COMPANY EMPLOYEE FLEXIBLE BENEFITS PLAN 519; HARTFORD FIRE INSURANCE COMPANY EMPLOYEE INCOME PROTECTION PLAN 512,<br><br>  Defendants. | Case No.: 09-CV-02265-MCE-KJM<br><br>CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY |

Notice is hereby given that, subject to approval by the court, MARY MILLER substitutes Frank N. Darras, DARRAS LAW, State Bar No. 128904 as counsel of record in place of Frank N. Darras, Shernoff Bidart Darras Echeverria LLP.

/ / /

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Darras Law |
| Address: | 3257 East Guasti Road, Suite 300, Ontario, CA 91761 |
| Telephone: | (909) 390-3770     Facsimile (909) 974-2121 |
| E-Mail (Optional): | fdarras@darraslaw.com |

I consent to the above substitution.

Date: January 31, 2010          /s/ Mary A. Miller

(Signature of Party (s))


I consent to being substituted.

Date: February 1, 2010          */s/ Frank N. Darras*

      FRANK N. DARRAS

(Signature of Former Attorney (s))


I consent to the above substitution.

Date: February 1, 2010          */s/ Frank N. Darras*

(Signature of New Attorney)

FRANK N. DARRAS


The substitution of attorney is hereby approved and so ORDERED.

Dated: March 31, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE


**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**