UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARY MILLER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY; HARTFORD FIRE INSURANCE COMPANY EMPLOYEE FLEXIBLE BENEFITS PLAN 519; HARTFORD FIRE INSURANCE COMPANY EMPLOYEE INCOME PROTECTION PLAN 512,<br><br>　　　　Defendants. | Case No. 09-CV-02265-MCE-CKD<br><br>**ORDER RE: STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
|---|---|

　　Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this action be dismissed in its entirety with prejudice as to all defendants, with the parties to bear their own respective attorneys' fees and costs.  The Clerk of Court is hereby directed to close the file.

　　IT IS SO ORDERED.

Dated:  February 7, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE